UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

JOSE TORRES Angulo Defendant(s).

---------------------------------------------------------------X

**DOC # 12**

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-   ( )( )
21 MAG 2286

Defendant _____ JOSE Tolles Angulo _____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or ✔ teleconferencing:

✔ Initial Appearance Before a Judicial Officer

✔ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

✔ Bail/Detention Hearing

___ Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

JOSE Tolles Angulo
Print Defendant's Name

_____
Defendant's Counsel's Signature

DAWN M CARDF
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

3/1/2021
Date

_____
U.S. District Judge/U.S. Magistrate Judge