Case 1:21-cr-00155-JGK Document 65 Filed 12/20/21 Page 1 of 1



# CARDI & EDGAR

**Partners**
Dawn M. Cardi
Chad L. Edgar

**Associates**
Jessica Friedrich
Joanna C. Kahan

**Of counsel**
Nina Epstein
Diane Ferrone

December 20, 2021

Via ECF

Honorable John G. Koeltl
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*ADJOURNED TO THURSDAY, FEBRUARY 10, 2022, AT 4:30PM.*
*SO ORDERED.*
*/s/ John G. Koeltl*
*12/20/21       USDJ*

Re: *United States v. Jesus Torres Angulo*, 21 Cr. 155 (JGK)

Dear Judge Koeltl:

I am CJA counsel to Jesus Torres Angulo. I write, with no objection from the government, to request an adjournment of Mr. Angulo's sentencing currently scheduled for January 28, 2022. This is the third request for an adjournment of Mr. Angulo's sentencing.

Defense counsels seeks an adjournment because it has been challenging providing Mr. Angulo with a copy of his Presentence Investigation Report, which was sent to him in a translated version by mail on November 7, 2021 and as of December 10, 2021 he had still not received it. In addition, it is challenging finding a Spanish interpreter who is available to accompany me to the Metropolitan Detention Center when I am able to visit there. Finally, I am unavailable to appear before the Court between the dates of January 28, 2022 and February 8, 2022.

In light of the foregoing, I respectfully request an adjournment of the date of Mr. Angulo's currently scheduled sentencing for a date in February subsequent to February 8, 2022 that is neither February 11 or 22, 2021.

I thank the Court in advance for its consideration of this matter.

Respectfully submitted,

/s/

Dawn M. Cardi

cc:   Counsel to Parties (via ECF)

99 Madison Avenue, 8th Floor, New York, NY 10016 • 212.481.7770 TELEPHONE • 212.271.0665 FACSIMILE • 917.543.9993 CELL • cardiedgarlaw.com